# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA ABADIE

VERSUS

LOUISIANA FARM BUREAU
CASUALTY INSURANCE COMPANY,
GEORGE SMITH, INDIVIDUALLY
AND IN THE PROCEDURAL
CAPACITY OF HIS MINOR SON,
HUNTER SMITH

NO. 2019 CW 1629

MAR 0 3 2020

---

In Re:   Louisiana Farm Bureau Casualty Insurance Company, and
George Smith, individually and in the procedural
capacity of his minor son, Hunter Smith, and Hunter
Smith, applying for supervisory writs, 21st Judicial
District Court, Parish of Tangipahoa, No. 2018-
0000455.

---

BEFORE:   **WHIPPLE, C.J., GUIDRY AND BURRIS,**[1] **JJ.**

**WRIT DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.